IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PILAR DOMER,

    Plaintiff,

v.                                        Case No. 22-cv-444-jdp

MENARD, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Menard, Inc. against plaintiff Pilar Domer dismissing this case without prejudice.

s/ Deputy Clerk                            7/26/2023
Joel Turner, Clerk of Court                 Date