# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

September 3, 2024

Before
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 23-2672 | PILAR DOMER,<br>          Plaintiff - Appellant<br><br>v.<br><br>MENARD, INC.,<br>          Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:22-cv-00444-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson ||

We **AFFIRM** the district court's decision, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)